### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL E. TOMLIN, ) <br> ) <br>                 Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARDEN VALLEY SCHOOL DISTRICT ) <br> NO. 71, a political subdivision of the State of ) <br> Idaho; KATHLEEN GARDNER, ROB ) <br> HAZEN, LAURIE SNYDER and ALAN ) <br> WARD; and DOES 1 through 10, fictitiously – ) <br> named persons, ) <br>                 Defendants. ) <br> _____ ) | Case No.: 1:12-cv-00329-BLW <br><br> **ORDER AMENDING CASE MANAGEMENT ORDER** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation to Amend Case Management Order (Docket No. 16) is APPROVED.

IT IS FURTHER ORDERED, that the Case Management Order (docket no. 11) is AMENDED so that the following deadlines shall now govern the case:

| | |
|---|---|
| Dispositive Motion Deadline – | October 21, 2013 |
| Amendment of Pleadings and Joinder of Parties – | March 19, 2013 |
| Completion of Discovery – | October 31, 2013 |
| Disclosure of Experts: | |
|   • Plaintiff – | August 26, 2013 |
|   • Defendant – | September 25, 2013 |
|   • All Rebuttal – | October 9, 2013 |

**ORDER AMENDING CASE MANAGEMENT ORDER - 1.**


DATED: **February 18, 2013**

_____
B. LYNN WINMILL
Chief Judge
United States District Court