# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL E. TOMLIN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:12-cv-00329-BLW |
| ) | |
| vs. ) | |
| ) | **SECOND ORDER AMENDING CASE** |
| GARDEN VALLEY SCHOOL DISTRICT ) | **MANAGEMENT ORDER** |
| NO. 71, a political subdivision of the State of ) | |
| Idaho; KATHLEEN GARDNER, ROB ) | |
| HAZEN, LAURIE SNYDER and ALAN ) | |
| WARD; and DOES 1 through 10, fictiously – ) | |
| named persons, ) | |
| Defendants. ) | |
| _____ ) | |

Finding good cause, and pursuant to the Second Stipulation to Amend Case Management Order,

NOW THEREFORE IT IS HEREBY ORDERED, that the Second Stipulation (docket no. 20) is APPROVED.

IT IS FURTHER ORDERED, that the following deadlines will amend the Case Management Order (docket no. 11) and will also amend the Order Amending Case Management Order (docket no. 17) and govern this litigation:

 Dispositive Motions–November 25, 2013
 Disclosure of Experts:
   · Plaintiff–September 27, 2013

**SECOND ORDER AMENDING CASE MANAGEMENT ORDER - 1.**

- Defendant–October 25, 2013
- All Rebuttal–November 8, 2013

DATED: **August 5, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

**SECOND ORDER AMENDING CASE MANAGEMENT ORDER - 2.**