M. Michael Sasser  [ISB No. 1666]
Clay Shockley  [ISB No. 4766]
SASSER & INGLIS, P.C.
Attorneys at Law
1902 W. Judith Lane, Ste. 100
P.O. Box 5880
Boise, Idaho 83705
Telephone:  (208) 344-8474
Facsimile:  (208) 344-8479

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL E. TOMLIN, ) | |
| ) | Case No. 1:12-cv-00329-CWD |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| GARDEN VALLEY SCHOOL DISTRICT NO. ) | **STIPULATION FOR DISMISSAL** |
| 71, a political subdivision of the State of Idaho; ) | **WITH PREJUDICE** |
| KATHLEEN GARDNER, ROB HAZEN, ) | |
| LAURIE SNYDER and ALAN WARD; and ) | |
| DOES 1 through 10, fictitiously – named ) | |
| persons, ) | |
| Defendants. ) | |
| ) | |

COME NOW the above-entitled parties, by and through their respective counsel and

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and do hereby stipulate and

agree that the above-entitled cause be dismissed with prejudice, with each party to bear their own

costs and fees.

DATED: September *19*, 2013               MAUK & BURGOYNE

                                          By _____
                                            William L. Mauk, Of the Firm
                                            Attorneys for Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1.**

DATED:  September 19, 2013          SASSER & INGLIS, P.C.


                                    By /s/ M. Michael Sasser
                                       M. Michael Sasser, Of the Firm
                                       Attorneys for Defendants

Stipulation for Dismissal.doc

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2.**