## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL E. TOMLIN, )<br>  )<br>  Plaintiff, )<br>vs. )<br>  )<br>GARDEN VALLEY SCHOOL DISTRICT NO. )<br>71, a political subdivision of the State of Idaho; )<br>KATHLEEN GARDNER, ROB HAZEN, )<br>LAURIE SNYDER and ALAN WARD; and )<br>DOES 1 through 10, fictitiously – named )<br>persons, )<br>  Defendants. )<br>  ) | Case No. 1:12-cv-00329-BLW<br><br>**JUDGMENT** |

The Stipulation for Dismissal with Prejudice [Docket #23] having duly and regularly come before this Court, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Stipulation (docket no. 23) is APPROVED, and the above-entitled cause be and the same hereby is dismissed with prejudice, each party to bear their own costs and attorney's fees. The Clerk is directed to close this case.

DATED: September 20, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT**